UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/09
```

GAUTAM PATEL, *et al.*,

                        Plaintiffs,

-v-

BALUCHI'S INDIAN RESTAURANT, *et al.*,

                        Defendants.

No. 08 Civ. 9985 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of a letter from Defendants, dated April 22, 2009, requesting a pre-motion conference, and a letter in response from Plaintiffs' dated April 23, 2009. Insofar as Defendants propose to make a motion in "opposition to Plaintiffs' motion for conditional class certification," the Court denies such a motion. The Parties are ordered to submit the (1) proposed Case Management Plan and Scheduling Order and (2) a stipulated Notice of Pendency and Consent to Join the collective action pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b), by Monday, April 27, 2009, as previously ordered by this Court on numerous occasions. The Court will address Defendants' other contemplated motions at a conference to be held on Wednesday, May 6, 2009 at 9:30 a.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:      April 23, 2009
               New York, New York

                                            RICHARD J. SULLIVAN
                                           UNITED STATES DISTRICT JUDGE