UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
GAUTAM PATEL, JALAL BHUIYAN,
CONRAD DSOUZA, VICTOR MONTEIRO,
SIMON MALDONADO, MOHAMMED FARID UDDIN,
FAYSAL ABEDIN, ABDUL ALI, JAVIER
SOBERAN PEREZ, MOHAMMED TAHER,
RAJINDER SINGH, HARJINDER SINGH,
JESUS MALDONADO, SANTIAGO REYES,
ANWAR HUSSAN MALIK, MOHAMMED JAHANGIR
ALAM, NEVILLE PEREIRA, and ALFREDO
("PABLO JUNIOR") MALDONADO, on behalf
of themselves individually and all others similarly situated,    Civ. Action No.:
                                                                 08 CIV 9985 (RJS)(THK)
                        Plaintiffs,
        v.

BALUCHI'S INDIAN RESTAURANT,
KRAJ FOODS, INC., d/b/a/
BALUCHI'S, PARAMOUNT FOODS, INC., d/b/a/
BALUCHI'S, GATEWAY FOODS, INC, d/b/a/
BALUCHI'S, DOES 1-10, d/b/a/ BALUCHI'S and
RAKESH AGGARWAL

                        Defendants.
---------------------------------------------------------------------x

## PLAINTIFFS' MEMORANDUM OF LAW CONCERNING OBJECTIONS TO THE SETTLEMENT

In accordance with the Court's order granting preliminary approval of the settlement, entered January 5, 2011 (the "Preliminary Order"), Plaintiffs submit this memorandum of law addressing objections to the Settlement.

As set forth in the Preliminary Order and the Notice to the Class, the deadline for filing objections to the Settlement was March 23, 2011. At this time, Plaintiffs are not aware of any objections to the Settlement. The absence of objectors strongly supports final approval of the Settlement. *See, e.g., D'Amato v. Deutsche Bank*, 236 F.3d 78, 86-87 (2d Cir. 2001) (small

number of objectors (18 from a class of 27,880, or approximately .06% of the total Class), weighed in favor of settlement).

In addition, there have been only two requests for exclusion from the Settlement, copies of which are attached hereto as Exhibit A. The deadline for filing requests for exclusion was March 9, 2011. The small number of requests for exclusion, representing approximately 1.7% of the Class, additionally favors final approval of the Settlement. *See Diamond v. Fogleman,* 1992 U.S. Dist. LEXIS 9734, at *9 (E.D.N.Y. June 24, 1992) (the reaction of the class favored settlement approval where requests for exclusion represented 1.97% of the Class).

For the reasons set forth herein, and in Plaintiffs' Memorandum Of Law In Support Of Final Approval Of Class Action Settlement, Plaintiffs respectfully request that the Court grant final approval of the Settlement.

Dated: March 30, 2011
      New York, New York      GISKAN SOLOTAROFF ANDERSON & STEWART LLP

By: _/s/ Catherine E. Anderson_
Catherine E. Anderson (CA 5129)
Darnley D. Stewart (DS 0835)
11 Broadway, Suite 2150
New York, NY 10004
(212) 847-8315

*Attorneys for Plaintiffs and the Class*

# EXHIBIT A

FROM
NFN KHUKAN
162 STANTON ST
# 11F
N.Y - 10012

NEW YORK NY 100
04 MAR 2011 PM 1 T

To
Patel v Baluchi's settlement
Settlement Administrator
c/o A.B Data Ltd
P.O. Box 170500
Milwaukee
WI 53217-8042

Patel v Baluchi - 45349
8252881

MAR 07 2011

## Patel verses baluchis settlement

**I NFN KHUKAN** donot want to participate in the settlement.

I want to exclude myself in this case.

I donot want to be a part of this settlement (Patel verses baluchis settlement)

*KHOKAN*

Baluchis
329 3rd ave
ny, 10010

FROM
Ali Amjad
97.08. 25th Ave
East ELMHURST
N.Y – 11369

NEW YORK NY 100
04 MAR 2011 PM 1 T

To
Patel v Baluchi's settlement
Settlement Administration
c/o A.B Data Ltd
P.O. Box 170500
MILWAUKEE
WI 53217 8042

Patel v Baluchi - 45349
8252882

## Patel verses baluchis settlement

MAR 07 2011

I **ALI AMJAD** donot want to participate in the settlement.
 I want to exclude myself in this case.
 I donot want to be a part of this settlement (Patel verses baluchis settlement)

*[signature: Ali Amjad]*

Baluchis
329 3rd ave
ny, 10010