# T|W|G

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

**Scott B. Gilly**
sgilly@twglaw.com

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.twglaw.com

May 19, 2011

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-20-11

**VIA E-MAIL**

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street, Room 615
New York, NY 10007

Re: Gautam Patel, et al. v. Baluchi's Indian Restaurant, et al., 08 Civ. 9985 (RJS)

Dear Judge Sullivan:

We represent Defendants in the above-referenced matter. With the consent of Plaintiff's counsel, I am requesting a one-week extension of the deadline to submit the joint letter advising how the parties wish to proceed following the Court's denial of final approval of the class action settlement. The joint letter, originally due on May 20, 2011, would be due May 27, 2011, if this request is granted. This is the first request for an extension of this deadline and, as noted above, Plaintiffs' counsel consents to this request.

Thank you very much for your consideration of this request.

Respectfully submitted,

Scott B. Gilly

SBG/vg
cc: Catherine Anderson, Esq.

SO ORDERED
Dated: 5/20/11

RICHARD J. SULLIVAN
U.S.D.J.