UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAUTAM PATEL, *et al.*,

                      Plaintiffs,

-v-

BALUCHI'S INDIAN RESTAURANT, *et al.*,

                      Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-12-11

No. 08 Civ. 9985 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    On December 7, 2011, the Court approved the parties' proposed settlement and this case was closed. The Court is now in receipt of a submission by counsel for Defendants, seeking leave to withdraw as counsel of record in this case. In support of their application, defense counsel asserts that "Defendants' remaining obligations to make settlement payments to the Plaintiffs and Plaintiffs' counsel can be effectuated without the further assistance of defense counsel." (Aff. of Basil C. Sitaras, dated December 12, 2011, ¶ 16.) IT IS HEREBY ORDERED that Plaintiffs' counsel shall submit, by December 20, 2011, a letter indicating whether Plaintiffs oppose defense counsel's request to withdraw.

SO ORDERED.

Dated:      December 12, 2011
                New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE