UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GAUTAM PATEL, JALAL BHUIYAN, CONRAD DSOUZA, VICTOR MONTEIRO, SIMON MALDONADO, MOHAMMED FARID UDDIN, FAYSAL ABEDIN, ABDUL ALI, JAVIER SOBERAN PEREZ, MOHAMMED TAHER, RAJINDER SINGH, HARJINDER SINGH, JESUS MALDONADO, SANTIAGO REYES, ANWAR HUSSAN MALIK, MOHAMMED JAHANGIR ALAM, NEVILLE PEREIRA, and ALFREDO ("PABLO JUNIOR") MALDONADO, on behalf of themselves individually and all others similarly situated,

Civ. Action No.:
08 CIV 9985 (RJS) (THK)

Plaintiffs,

**NOTICE OF MOTION FOR**
**LEAVE TO WITHDRAW**
**AS DEFENDANTS' COUNSEL**

-against-

BALUCHI'S INDIAN RESTAURANT, KRAJ FOODS, INC., d/b/a BALUCHI'S, PARAMOUNT FOODS, INC., d/b/a BALUCHI'S, GATEWAY FOODS, INC, d/b/a BALUCHI'S, DOES 1-10, d/b/a BALUCHI'S and RAKESH AGGARWAL,

Defendants.
------------------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the annexed declaration sworn to on the 13th of November 2012, and the exhibits attached hereto, Thompson Wigdor LLP, attorneys of record for Defendants Baluchi's Indian Restaurant, Kraj Foods, Inc., Paramount Foods, Inc., Gateway Foods, Inc., Does 1-10 and Rakesh Aggarwal, will move before this Court at the United States Courthouse, 500 Pearl Street, New York, New York on the 5th day of December at 9:30am or as soon thereafter as counsel can be heard for an order pursuant to Local Rule 1.4 of the Southern District Court of New York consenting to the withdrawal of Thompson Wigdor LLP as

1

Attorneys of record for Defendants Baluchi's Indian Restaurant, Kraj Foods, Inc., Paramount Foods, Inc., Gateway Foods, Inc., Does 1-10 and Rakesh Aggarwal.

Dated: November 13, 2012
      New York, New York

                                      THOMPSON WIGDOR LLP

                                      By: _____
                                               Lawrence M. Pearson

                                      85 Fifth Avenue
                                      New York, New York 10003
                                      Tel: (212) 257-6800
                                      Fax: (212) 257-6845
                                      lpearson@thompsonwigdor.com
                                      *Counsel for Defendants*