UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-14-12
```

GAUTAM PATEL, *et al.*,

                Plaintiffs,

-v-

BALUCHI'S INDIAN RESTAURANT, *et al.*,

                Defendants.

No. 08 Civ. 9985 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    On November 13, 2012, Defendants' counsel, Thompson Wigdor LLP ("TW"), filed a motion for leave to withdraw as Defendants' counsel, pursuant to Local Civil Rule 1.4. In connection with this motion, TW represents that "Defendants' remaining obligations under the settlement agreement in the instant matter, including the making of settlement payments to . . . Plaintiffs and Plaintiffs' counsel, can be effectuated without the further assistance of TW as Defendants' counsel." (Aff. of Lawrence M. Pearson, dated Nov. 13, 2012, Doc. No. 14, ¶ 19.) In light of TW's representation, IT IS HEREBY ORDERED that Plaintiffs shall submit a letter, no later than November 21, 2012, indicating whether they consent to TW's motion and, if they do not, setting forth any objection that they may have to TW's withdrawal as Defendants' counsel in this matter. SO ORDERED.

Dated:    November 13, 2012
            New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE