**MEMO ENDORSED**

# WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Lawrence M. Pearson**
lpearson@wigdorlaw.com

April 17, 2014

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 4/17/2014 |

**VIA ECF & EMAIL (SullivanNYSDChambers@nysd.uscourts.gov)**

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Gautam Patel, et al. v. Baluchi's Indian Restaurant, et al., 08 Civ. 9985 (RJS)

Dear Judge Sullivan:

We represent Defendants in the above-referenced matter. Pursuant to Local Civil Rule 1.4, we write to respectfully request the Court to issue an order directing that Basil C. Sitaras be withdrawn as an attorney of record for Defendants as he is no longer associated with Wigdor LLP.

Thank you for Your Honor's attention to this matter.

Sincerely,

Lawrence M. Pearson

cc:   Catherine E. Anderson, Counsel to Plaintiffs (via email)

SO ORDERED
Dated: 4/17/14

RICHARD J. SULLIVAN
U.S.D.J.